IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

NO. 16- **16-1387**

**G.B.A. ASSOCIATES, LLC AND GREGORY K. ISAACS**

Petitioners,

v.

**FEDERAL ENERGY REGULATORY COMMISSION,**

Respondent.

---

On Petition for Review of Orders of the
Federal Energy Regulatory
Commission, 154 FERC ¶ 61,160 (Sept. 7, 2016) and
156 FERC ¶ 61,160 (Sept. 7, 2016)

---

**JOINT PETITION FOR REVIEW OF AGENCY DECISION**

Jonathan Perry Waters
D.C. Circuit Bar No. 60016
2476 Vineville Avenue
Macon, Georgia 31204
(478) 750-1800
jonathan.waters.law@gmail.com

Counsel for Petitioners

# RULE 26.1 CORPORATE DISCLOSURE STATEMENT

In accordance with FRAP 26.1 and D.C. Cir. R. 26.1, Petitioners submit their Corporate Disclosure Statement as follows:

A. G..B.A. Associates, LLC has no parent companies, and there are no companies that have 10 percent or greater ownership interest in the G.B.A. Associates, LLC. G.B.A. Associates, LLC is a closely held for profit Georgia limited liability company.

B. Gregory K. Isaacs is a private landowner in Moultrie, Colquitt County, State of Georgia.

## JOINT PETITION FOR REVIEW OF AGENCY DECISION

In accordance with Section 19(b) of the Natural Gas Act, 15 U.S.C. § 717r(b), and Rule 15 of the Federal Rules of Appellate Procedure, G.B.A. Associates, LLC and Gregory K. Isaacs petition this Court for review of the following two orders issued by the Federal Energy Regulatory Commission granting a certificate of public convenience and necessity authorizing construction and operation of the Southeast Market Pipe Lines Projects to Florida Southeast Connection, LLC, Transcontinental Gas Pipe Line Company, LLC, and Sabal Trail Transmission, LLC:

1. Order Granting Section 7 Authorizations, Florida Southeast Connection, 154 FERC ¶ 61.160 (Sept. 7, 2016); and
2. Order Denying Rehearing, Florida Southeast Connection, 156 FERC ¶ 61,160 (Sept.7, 2016).

Petitioners were interveners in the Commission proceedings below. This petition for review is timely filed within 60 days of the Commission's Order denying rehearing in accordance with 15 U.S.C. § 717r(b).

Dated: November 7, 2016

Respectfully submitted,

/s/ Jonathan Perry Waters
Jonathan Perry Waters
D.C. Circuit Bar No. 60016
2476 Vineville Avenue
Macon, Georgia 31204
(478) 750-1800
jonathan.waters.law@gmail.com

## Certificate of Service

I hereby certify that on November 7, 2016. I caused one copy of the foregoing Joint Petition for Review of Agency Decision to be delivered to the Clerk of the Court for service on the Federal Regulatory Energy Commission through its Office of General Counsel at:

Robert Solomon
General Counsel
Federal Energy Regulatory Commission
888 First Street, N.E.
Washington, D.C. 20426

I further certify that I have served a copy of the Petition on the following counsel for Respondent and counsel for the Parties in the proceedings below by first class mail and by e-mail at the following addresses:

Robert Solomon
General Counsel
Federal Energy Regulatory Commission
888 First Street, N.E.
Washington, D.C. 20426
Robert.solomon@ferc.gov
Counsel for Federal Energy Regulatory Commission

Deidre G. Duncan
Hunton & Williams LLP
2200 Pennsylvania Ave., N.W.
Washington, D.C. 20037
dduncan@hunton.com
Counsel for Sabal Trail Transmission, LLC

Matthew J. Calvert
Hunton & Williams LLP
Bank of America Plaza
Suite 4100
600 Peachtree, N.E.
Atlanta, Georgia 30308
mcalvert@hunton.com

Counsel for Sabal Trail Transmission, LLC

Kristine McAlister Brown
Alston & Bird
1201 West Peachtree Street
Atlanta, Georgia 30309
Kristy.brown@alston.com
Counsel for Florida Southeast Connection, LLC

Richard Brightman
Hopping Green & Sams
119 S. Monroe Street, Suite 300
Tallahassee, Florida 32301
richardb@hgslaw.com
Counsel for Florida Southeast Connection, LLC

Sid J. Trant
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Strant@bradley.com
Counsel for Transcontinental Gas Pipe Line Company, LLC.

    I further certify that I have effected service on all other parties admitted in the agency proceedings below by filing a copy of this Petition in the underlying docket before the federal Energy Regulatory Commission in accordance with the Commission's procedures.

Jonathan Perry Waters

D.C. Circuit Bar No. 60016